

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Estate of Billy Ray Martin, Jr.,
Deceased

No. 06-22-00061-CV

Appeal from the 276th District Court of
Marion County, Texas (Tr. Ct. No.
2000151). Memorandum Opinion
delivered by Chief Justice Stevens, Justice
van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED MAY 2, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk